# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN RE: ROBERT M. MATESIC, AN INCAPACITATED PERSON | : Nos. 41 and 42 WM 2021 |
| | : |
| | : |
| | : |
| PETITION OF: NADA JORDAN AND RICHARD S. MATESIC | : |
| | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of November, 2021, the "Application per Pa.R.A.P. 105(a) and 123 for Leave to Exceed Word Limit" is DENIED.  Petitioners  have 30 days in which to file a compliant Petition for Allowance of Appeal.